AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Srinivasan, Srikanth | U.S. Court of Appeals, District of Columbia Circuit | 5/29/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Court of Appeals Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2014 <br> to <br> 12/31/2014 |

**7. Chambers or Office Address**

E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex
333 Constitution Avenue., NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 5/29/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Connecticut Asian Pacific American Bar Association | Oct. 2-3, 2014 | Hartford, CT | Keynote for Annual Meeting | Transportation, food, hotel |
| 2. | University of Pennsylvania Law School | Jan. 23-24, 2014 | Philadelphia, PA | Moot court judging | Transporation, food, hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Srinivasan, Srikanth** | 5/29/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | India Abroad | Stated dinner value for judge's ▨ during his Person of the Year award acceptance | $570.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 5/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brinker Destinations IRA | | | | | | | | | |
| 2. - Fidelity Spartan 500 Index (FUSVX) | A | Dividend | L | T | Buy (add'l) | 11/10/14 | J | | |
| 3. - Aston/River Road Independent Value (ARIVX) | | None | J | T | | | | | |
| 4. - Aberdeen Emerging Markets (GEGAX) | A | Dividend | | | Sold | 03/12/14 | J | | |
| 5. - Avenue Credit Strategies Investor (ACSAX) | A | Dividend | K | T | | | | | |
| 6. - Legg Mason Clearbridge Small Cap Growth (SASMX) | | None | K | T | Sold (part) | 03/12/14 | J | A | |
| 7. | | | | | Sold (part) | 06/17/14 | J | B | |
| 8. | | | | | Buy (add'l) | 11/10/14 | J | | |
| 9. - Columbia Dividend Opportunity (INUTX) | A | Dividend | K | T | Buy (add'l) | 12/16/14 | J | | |
| 10. - Columbia Select Large Cap Growth (ELGAX) | | None | L | T | Sold (part) | 03/12/14 | J | B | |
| 11. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 12. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 13. - Delaware Value (DDVAX) | A | Dividend | L | T | Buy (add'l) | 03/12/14 | J | | |
| 14. - Doubleline Total Return Bond (DLTNX) | B | Dividend | K | T | Buy (add'l) | 06/17/14 | J | | |
| 15. | | | | | Sold (part) | 11/10/14 | J | | |
| 16. - Dreyfus Bond Market Index (DBMIX) | A | Dividend | J | T | Buy (add'l) | 10/01/14 | J | | |
| 17. | | | | | Buy (add'l) | 11/10/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 5/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Driehaus Active Income (LCMAX) | A | Dividend | J | T | Sold (part) | 06/17/14 | J | A | |
| 19. - Red Rocks Listed Private Equity (LPEFX) | A | Dividend | J | T | | | | | |
| 20. - Forward EM Corporate Debt (FFXRX) | B | Dividend | K | T | Buy (add'l) | 06/17/14 | J | | |
| 21. - JP Morgan Strategic Income Opport (JSOAX) | A | Dividend | | | Sold (part) | 06/17/14 | J | A | |
| 22. | | | | | Sold | 11/10/14 | J | A | |
| 23. - MFS International Value (MGIAX) | A | Dividend | K | T | | | | | |
| 24. - Pimco Total Return (PTTDX) | A | Dividend | | | Sold | 10/01/14 | J | | |
| 25. - T. Rowe Price Growth Stock (TRSAX) | A | Dividend | L | T | Sold (part) | 03/12/14 | J | B | |
| 26. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 27. - RS Global Natural Resources (RSNRX) | A | Dividend | J | T | | | | | |
| 28. - Ridgeworth Mid Cap Value (SMVTX) | A | Dividend | K | T | Buy (add'l) | 03/12/14 | J | | |
| 29. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 30. - Rivernorth Core Opportunity (RNCOX) | B | Dividend | K | T | Buy (add'l) | 12/30/14 | J | | |
| 31. - Riverpark Strategic Income (RSIVX) | A | Dividend | K | T | Buy (add'l) | 06/17/14 | J | | |
| 32. - T. Rowe Price International Stock (PAITX) | A | Dividend | K | T | Buy (add'l) | 11/10/14 | J | | |
| 33. - TCW Dividend Focused (TGIGX) | A | Dividend | L | T | Buy (add'l) | 03/12/14 | J | | |
| 34. | | | | | Sold (part) | 06/17/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 5/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Touchstone Focused (TFOAX) | A | Dividend | K | T | Buy (add'l) | 06/17/14 | J | | |
| 36. - Touchstone Focused Equity (TFEAX) (Y) | | | | | | | | | |
| 37. - Wasatch International Opportunities (WAIOX) | A | Dividend | K | T | Buy (add'l) | 12/29/14 | J | | |
| 38. - Wasatch Frontier Emerging Small Cos (WAFMX) | A | Dividend | K | T | | | | | |
| 39. - Wasatch Emerging Markets Small Cap (WAEMX) | A | Dividend | | | Sold (part) | 03/12/14 | J | | |
| 40. | | | | | Sold | 06/17/14 | J | A | |
| 41. - Fidelity Cash Reserves (FDRXX) | | None | J | T | | | | | |
| 42. - Baron Emerging Markets (BEXIX) | A | Dividend | J | T | Buy | 03/12/14 | J | | |
| 43. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 44. - Driehaus Event Driven (DEVDX) | | None | J | T | Buy | 03/12/14 | J | | |
| 45. - Legg Mason Bw Absolute Return Opportunities (LROAX) | A | Dividend | J | T | Buy | 11/10/14 | J | | |
| 46. - Undiscovered Managers Behavioral Value US EQ | A | Dividend | J | T | Buy | 06/17/14 | J | | |
| 47. Brinker Destinations Brokerage Account #1 | | | | | | | | | |
| 48. - Fidelity Spartan 500 Index (FUSVX) | A | Dividend | K | T | Sold (part) | 03/10/14 | J | A | |
| 49. | | | | | Buy (add'l) | 11/13/14 | J | | |
| 50. | | | | | Sold (part) | 11/20/14 | J | A | |
| 51. - Fidelity Intermediate Muni Income (FLTMX) | B | Dividend | K | T | Buy (add'l) | 03/10/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 5/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 11/20/14 | J | A | |
| 53. - Aston/River Road Independent Value (ARIVX) | | None | J | T | | | | | |
| 54. - Avenue Credit Strategies (ACSAX) | A | Dividend | J | T | | | | | |
| 55. - Legg Mason Clearbridge Small Cap Growth (SASMX) | | None | J | T | Sold (part) | 06/20/14 | J | A | |
| 56. - Columbia Dividend Opportunity (INUTX) | A | Dividend | K | T | Sold (part) | 11/20/14 | J | A | |
| 57. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 58. - Columbia Select Large Cap Growth (ELGAX) | | None | K | T | Sold (part) | 03/10/14 | J | A | |
| 59. | | | | | Sold (part) | 06/20/14 | J | A | |
| 60. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 61. | | | | | Sold (part) | 11/20/14 | J | A | |
| 62. | | | | | Buy (add'l) | 12/10/14 | J | | |
| 63. - Delaware Value (DDVAX) | A | Dividend | K | T | Buy (add'l) | 03/10/14 | J | | |
| 64. | | | | | Sold (part) | 11/20/14 | J | A | |
| 65. - Doubleline Total Return Bond (DLTNX) | A | Dividend | K | T | | | | | |
| 66. - Doubleline Low Duration (DLSNX) | A | Dividend | | | Sold | 03/10/14 | J | A | |
| 67. - Driehaus Active Income (LCMAX) | A | Dividend | J | T | Sold (part) | 06/20/14 | J | A | |
| 68. - Red Rocks Listed Private Equity (LPEFX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 5/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Forward EM Corporate Debt (FFXRX) | A | Dividend | J | T | Buy (add'l) | 06/20/14 | J | | |
| 70. - JP Morgan Strategic Income Opportunity (JSOAX) | A | Dividend | | | Sold | 11/13/14 | J | | |
| 71. - MFS International Value (MGIAX) | A | Dividend | K | T | Sold (part) | 06/20/14 | J | A | |
| 72. - Northern Int Tax Exempt (NOITX) | A | Dividend | K | T | Buy (add'l) | 03/10/14 | J | | |
| 73. | | | | | Sold (part) | 11/20/14 | J | A | |
| 74. - T. Rowe Price Growth Stock Advisor (TRSAX) | A | Dividend | K | T | Sold (part) | 03/10/14 | J | B | |
| 75. | | | | | Sold (part) | 11/20/14 | J | A | |
| 76. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 77. - RS Global Natural Resources (RSNRX) | A | Dividend | | | Sold | 11/13/14 | J | | |
| 78. - Ridgeworth Mid Cap Value Equity (SMVTX) | A | Dividend | K | T | Buy (add'l) | 03/10/14 | J | | |
| 79. | | | | | Buy (add'l) | 11/13/14 | J | | |
| 80. - Rivernorth Core Opportunity (RNCOX) | A | Dividend | K | T | | | | | |
| 81. - T. Rowe Price Intl Stock Advisor (PAITX) | A | Dividend | J | T | Buy (add'l) | 03/10/14 | J | | |
| 82. | | | | | Buy (add'l) | 11/13/14 | J | | |
| 83. - TCW Dividend Focused (TGIGX) | A | Dividend | K | T | Sold (part) | 06/20/14 | J | A | |
| 84. | | | | | Sold (part) | 11/20/14 | J | A | |
| 85. - Touchstone Focused (TFOAX) | A | Dividend | J | T | Buy (add'l) | 06/20/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 5/29/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Wasatch International Opportunities (WAIOX) | A | Dividend | J | T | Sold (part) | 06/20/14 | J | A | |
| 87. - Wasatch Frontier Emerging Small Cos (WAFMX) | A | Dividend | J | T | | | | | |
| 88. - Wasatch Emerging Markets Small Cap (WAEMX) | A | Dividend | | | Sold | 03/10/14 | J | A | |
| 89. - Fidelity Cash Reserves (FDRXX) | | None | J | T | | | | | |
| 90. - Riverpark Strategic Income | A | Dividend | J | T | Buy | 03/10/14 | J | | |
| 91. | | | | | Buy (add'l) | 06/20/14 | J | | |
| 92. - Baron Emerging Markets (BEXIX) | A | Dividend | J | T | Buy | 06/20/14 | J | | |
| 93. - Driehaus Event Driven (DEVDX) | | None | J | T | Buy | 03/10/14 | J | | |
| 94. - Legg Mason Bw Absolute Return Opportunities (LROAX) | A | Dividend | J | T | Buy | 11/13/14 | J | | |
| 95. - Undiscovered Managers Behavioral Value US EQ | A | Dividend | J | T | Buy | 06/20/14 | J | | |
| 96. American Funds Roth IRA | | | | | | | | | |
| 97. - American Funds AMCAP A (AMCPX) | A | Dividend | J | T | | | | | |
| 98. - American Funds New World A (NEWFX) | A | Dividend | J | T | | | | | |
| 99. - American Funds Small Cap World A (SMCWX) | A | Dividend | J | T | | | | | |
| 100. - American Funds Capital World Growth & Income A (AWSHX) | A | Dividend | J | T | | | | | |
| 101. - American Funds Washington Mutual Investors A (AWSHX) | A | Dividend | J | T | | | | | |
| 102. - American Funds Income Fund of America A (AMECX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Wells Fargo Checking Account | A | Interest | K | T | | | | | |
| 104.  American Funds College Savings Plan (529) #1 | | | | | | | | | |
| 105.  - American Funds AMCAP 529A | C | Dividend | | | Sold | 07/18/14 | L | | |
| 106.  - American Funds Balanced Funds 529A | A | Dividend | | | Sold | 07/18/14 | L | | |
| 107.  - American Funds Mutual Fund 529A | A | Dividend | | | Sold | 07/18/14 | J | | |
| 108.  - American Funds EuroPacific Growth 529A | | None | | | Sold | 07/18/14 | J | | |
| 109.  - American Funds New Perspective 529A | | None | | | Sold | 07/18/14 | K | | |
| 110.  - American Funds Growth Fund of America 529A | | None | | | Sold | 07/18/14 | L | | |
| 111.  - American Funds Washington Mutual Investors Fund 529A | A | Dividend | | | Sold | 07/18/14 | J | | |
| 112.  - College 2021 Fund 529A | D | Dividend | N | T | Buy | 07/18/14 | M | | |
| 113.  - College 2024 Fund 529A | B | Dividend | L | T | Buy | 07/18/14 | L | | |
| 114.  American Funds College Savings Plan (529) #2 | | | | | | | | | |
| 115.  - American Funds AMCAP 529A | C | Dividend | | | Sold | 07/18/14 | L | | |
| 116.  - American Funds Balanced Funds 529A | A | Dividend | | | Sold | 07/18/14 | L | | |
| 117.  - American Funds Mutual Fund 529A | A | Dividend | | | Sold | 07/18/14 | J | | |
| 118.  - American Funds EuroPacific Growth 529A | | None | | | Sold | 07/18/14 | J | | |
| 119.  - American Funds New Perspective 529A | | None | | | Sold | 07/18/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 5/29/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - American Funds Growth Fund of America 529A | | None | | | Sold | 07/18/14 | L | | |
| 121. - American Funds Washington Mutual Investors Fund 529A | A | Dividend | | | Sold | 07/18/14 | J | | |
| 122. - College 2021 Fund 529A | D | Dividend | N | T | Buy | 07/18/14 | M | | |
| 123. - College 2024 Fund 529A | B | Dividend | L | T | Buy | 07/18/14 | L | | |
| 124. American Funds Brokerage Account | | | | | | | | | |
| 125. - American Funds Tax Exempt Bond Fund of America A (AFTEX) (Y) | | | | | | | | | |
| 126. - American Funds Growth Fund of America A (AGTHX) (Y) | | | | | | | | | |
| 127. - American Funds New Economy Fund A (ANEFX) (Y) | | | | | | | | | |
| 128. - American Funds Fundamental Investors A (ANCFX) (Y) | | | | | | | | | |
| 129. - American Funds Bond Fund of America A (ABNDX) (Y) | | | | | | | | | |
| 130. Mass Mutual Variable Life Insurance Policy | | | | | | | | | |
| 131. - Mass Mutual VUL Guard Guaranteed Account | A | Interest | K | T | | | | | |
| 132. - Mass Mutual VUL Guard DWS Small Cap Index | | None | K | T | | | | | |
| 133. - Mass Mutual VUL Guard MML Small Cap Equity | | None | J | T | | | | | |
| 134. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Srinivasan, Srikanth | 5/29/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For Part VII (Investments and Trusts):

1) On line 36, Touchstone Focused Equity (TFEAX) is no longer reportable due to its having been subsumed by Touchstone Focused (TFOAX). The gross value reported for TFOAX in line 35 is that of the merged holding.

2) The American Funds Brokerage Account (listed as "Brokerage Account #2" in calendar year 2013) has no reportable assets because the filing instructions suggest that assets shared ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ should be listed at 50% value. Last year, the brokerage account was overreported at full value and thus appeared on the disclosure form.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Srikanth Srinivasan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544